ACCEPTED
15-24-00095-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

# Court of Appeals Number: 15-24-00095-CV

# Trial Court Case Number: D-1-GN-24-002025

RECEIVED IN
15TH COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Edward Rudolph Turnbull, IV<br>v.<br>Commission for Lawyer Discipline, Daniela Grosz, Daniel Martinez, Seana Willing, John S. Brannon, Amanda Kates, Jenny Hodgkins, and the Board of Directors of the State Bar of Texas, Cindy V. Tisdale, Steve Benesh, Laura Gibson, Kennon Lily Wooten, et al. | IN THE COURT OF APPEALS<br><br>FIFTEENTH DISTRICT<br><br>AT AUSTIN, TEXAS |

## AMICUS CURIAE ADVISORY NOTICE LETTER
## ADDRESSED TO THE COURT OF APPEALS
## FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

On **01/31/2025**, Friday, the Supreme Court of Texas denied one Petition for Review filed by the Statewide Judicial Agency of the Judicial Branch Certification Commission ("JBCC") and that is part of the Judicial Branch of the State Government of the State of Texas and having the State Judicial Agency of the Supreme Court of Texas for overall administrative control of the JBCC Commission and for promulgation of the Rules, Fees of the Judicial Branch Certification Commission ("JBCC") and for promulgation of the Code of Ethics Rules for Certified Shorthand Reporters and Court Reporting Firms in Texas.

The Supreme Court of Texas, **Case No. 24-0475, DATE: 01/31/2025, COA #: 03-22-00245-CV, TC#: D-1-GN-21-001017, STYLE: JUDICIAL BRANCH**

1

**CERTIFICATION COMM'N v. HOLMGREN** has been denied the Petition for Review.

Also, it was previously issued by the Court of Appeals of the 3ʳᵈ District of Texas at Austin with the **COA Case Number: 03-22-00245-CV** a disposition of the civil case as **Aff/Pt and Rev & Rem/Pt** and with opinion issued and cited as reference **691 SW3d 155, 04-30-24 at COA District 3rd Court of Appeals and from the COA Justice Honorable Edward Stuart Smith**, and having as Lower Court, the **353rd District Court of Travis County**, and with the **Presiding Court Judge assigned, the Honorable Madeleine Connor with the Court Case Number: D-1-GN-21-001017.**

Basically, the civil case is about the **accountability of the JBCC Commission** and from **Ultra Vires act** occurred in one dismissal of one complaint filed by one certified stenographer and under the promulgated rules of the Code of Ethics for Certified Shorthand Reporters and Court Reporting Firms by the Supreme Court of Texas.

The JBCC Commission had pleaded Plea of Jurisdiction and of which has been denied by the lower court and subsequently with the intermediary court of appeals has been remanded and reversed the civil case, but the JBCC Commission filed a Petition for Review with the Supreme Court of Texas and which has been denied the Petition on **01/31/2025.**

Dated: February 02, 2025

Respectfully submitted,

*/s/Adriano Kruel Budri*
Adriano Kruel Budri
Amici Curiae Citizen
Email address: abudri64@gmail.com

# AMICUS CURIAE CITIZEN'S STATEMENT

In compliance with the Texas Rules Appellate Procedure (TRAP) Rule 11 (c); Amicus Curiae Citizen states that he did not receive any fee paid or to be paid for preparing the amicus curiae advisory notice letter.

# CERTIFICATE OF SERVICE

I certify that I served all parties to this appeal through the Court's electronic filing system, including Appellant's and Appellee's counsel on the Second day of February 2025.

*/s/Adriano Kruel Budri*
Adriano Kruel Budri
Amici Curiae Citizen
Email address: abudri64@gmail.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96878167
Filing Code Description: Letter
Filing Description: AMICUS CURIAE ADVISORY NOTICE LETTER
Status as of 2/3/2025 7:10 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pat Mizell | | pmizell@velaw.com | 2/2/2025 6:59:44 AM | SENT |
| Billy SHart | | billy.hart@westwebblaw.com | 2/2/2025 6:59:44 AM | SENT |
| Jay Rudinger | | jay.rudinger@westwebblaw.com | 2/2/2025 6:59:44 AM | SENT |
| Jadd Masso | 24041411 | jmasso@clarkhill.com | 2/2/2025 6:59:44 AM | SENT |
| Royce Lemoine | 24026421 | royce.lemoine@texasbar.com | 2/2/2025 6:59:44 AM | SENT |
| Richard Huntpalmer | 24097857 | Richard.Huntpalmer@texasbar.com | 2/2/2025 6:59:44 AM | SENT |
| Gaines West | 21197500 | gaines.west@westwebb.law | 2/2/2025 6:59:44 AM | SENT |
| John Rudinger | 24067852 | jay.rudinger@westwebblaw.com | 2/2/2025 6:59:44 AM | SENT |
| Judd Stone | 24076720 | Judd@stonehilton.com | 2/2/2025 6:59:44 AM | SENT |
| Daniel Olds | 24088152 | dolds@clarkhill.com | 2/2/2025 6:59:44 AM | SENT |
| Brooke Noble | | bnoble@velaw.com | 2/2/2025 6:59:44 AM | SENT |
| Michael Graham | 24113581 | Michael.Graham@TEXASBAR.COM | 2/2/2025 6:59:44 AM | SENT |
| Emily Bamesberger | | ebamesberger@velaw.com | 2/2/2025 6:59:44 AM | SENT |
| Justin B.Cox | | jbcox@clarkhill.com | 2/2/2025 6:59:44 AM | SENT |
| Gaines West | | gaines.west@westwebblaw.com | 2/2/2025 6:59:44 AM | SENT |